LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

FILED

OCT 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DICKSON WING KEI HUNG, et.al.<br><br>        Defendants. | CR. NO. 209-CR--438<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Heiko P. Coppola to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of any defendant or until further order of the Court.

DATED: October 15, 2009

KIMBERLY J. MUELLER
United States Magistrate Judge

1