```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-0438 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND PROTECTIVE ORDER** |
| v. | ) | **BETWEEN** |
| | ) | **UNITED STATES AND WAYNE FENG** |
| DICKSON HUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Wayne Feng and the United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

1.   This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.   Defense Counsel shall not disclose any of the discovery to any person other than their respective defendant/client, witnesses

1

that they may be interviewing or preparing for trial, attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of his/her client.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. This discovery is entrusted to counsel for the defendant only for purposes of representation in this case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. If Defense Counsel make, or cause to be made, any further copies of any of the discovery, Defense Counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

7. If Defense Counsel release custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the Unites States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

8. The defendant in this case may review the discovery and be aware of its contents, but shall not be given control of the discovery or any copies thereof.

2

9. Defense Counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

DATED: February 25, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                             By: /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney


DATED: February 25, 2010     By: /s/ Dan Koukol
                                  DAN KOUKOL
                                  Counsel for Defendant
                                  WAYNE FENG


IT IS SO FOUND AND ORDERED.

DATED: March 8, 2010              /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
                                  Senior U.S. District Judge

3