**FILED**

JUL 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. S-09-0438 EJG |
| v. | |
| DICKSON HUNG, et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. S-11-0037 JAM |
| v. | |
| MICHAEL GIANG, | |
| Defendant. | <u>RELATED CASE ORDER; ORDER SETTING STATUS CONFERENCE</u> |

1

1  Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123 because they arise from a common set of facts and out of the same law enforcement investigation. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action entitled Cr. No. S-11-0037 JAM is hereby reassigned to Judge Edward J. Garcia for all further proceedings. All dates set in this case before Judge Mendez are VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as Cr. No. S-11-0037 EJG.

IT IS FURTHER ORDERED that a status conference in Cr. No. S-11-0037 EJG will be held at 10:00 a.m., August 24, 2012.

IT IS SO ORDERED.

July 26, 2012

EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT