PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DICKSON HUNG, et al.,<br><br>Defendants. | CASE NO.: 2:09-CR-0438<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN UNITED STATES AND DICKSON HUNG |

Defendant Dickson Hung and the United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority;

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. Defense Counsel shall not disclose any of the discovery to any person other than their respective defendant/client, witnesses that they may be interviewing or preparing for trial, attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of his/her client.

///

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. This discovery is entrusted to counsel for the defendant only for purposes of representation in this case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. If Defense Counsel make, or cause to be made, any further copies of any of the discovery, Defense Counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

7. If Defense Counsel release custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

8. The defendant in this case may review the discovery and be aware of its contents, but shall not be given control of the discovery or any copies thereof.

9. Defense Counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated: June 23, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

STIPULATION AND PROTECTIVE ORDER BETWEEN
UNITED STATES AND DICKSON HUNG

Dated: June 23, 2017

By: /s/ Michael Hanson
MICHAEL HANSON
Counsel for Defendant
Dickson Hung

IT IS SO FOUND AND ORDERED.

Dated: June 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE