Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DICKSON HUNG

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:09-CR-00438-WBS |
| Plaintiff, | ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS** |
| vs. | ) ) | **CONFERENCE , AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY** |
| DICKSON HUNG, | ) ) | **TRIAL ACT** |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Dickson Hung, that the previously-scheduled status conference date of July 31, 2017, be vacated and the matter set for status conference on October 2, 2017, at 9:00 a.m.

This continuance is requested because defense counsel needs additional time to review discovery received in this case.  Discovery provided to date exceeds 43,000 pages of written discovery.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, July 31, 2017, to and including October 2, 2017.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  July 25, 2017                    Respectfully submitted,

                                         /s/ Michael E. Hansen
                                         MICHAEL E. HANSEN
                                         Attorney for Defendant
                                         DICKSON HUNG

Dated:  July 25, 2017                    PHILLIP A. TALBERT
                                         United States Attorney

                                         By:  /s/ Michael E. Hansen for
                                         HEIKO COPPOLA
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

[PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

1
2
3
4
5
6

The Court orders that the time from the date of the parties' stipulation, July 31, 2017, to and including October 2, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the July 31, 2017, status conference shall be continued until October 2, 2017, at 9:00 a.m.

7

IT IS SO ORDERED.

8
9

Dated:  July 26, 2017

10
11

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28