Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
DICKSON HUNG

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:09-CR-00438-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| vs. | ) | **CONFERENCE , AND TO EXCLUDE** |
| | ) | **TIME PURSUANT TO THE SPEEDY** |
| DICKSON HUNG, | ) | **TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Dickson Hung, that the previously-scheduled status conference date of February 26, 2018, be vacated and the matter set for status conference on May 21, 2018, at 9:00 a.m.

This continuance is requested because defense counsel needs additional time to review discovery received in this case. Discovery provided to date exceeds 43,000 pages of written discovery.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, February 22, 2018, to and including May 21, 2018.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 22, 2018                    Respectfully submitted,

                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for Defendant
                                            DICKSON HUNG

Dated: February 22, 2018                    PHILLIP A. TALBERT
                                            United States Attorney

                                            By: /s/ Michael E. Hansen for
                                            HEIKO COPPOLA
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation,

**Stipulation and [Proposed] Order to Continue Status Conference**

February 22, 2018, to and including May 21, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the February 26, 2018, status conference shall be continued until May 21, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 23, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order to Continue Status Conference**