KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KAREN LEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>   v.<br><br>DICKSON HUNG, and<br>KAREN LEE<br><br>               Defendants. | No. 2:09-CR-0438WBS<br><br>STIPULATION AND<br>FINDINGS AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br>UNDER SPEEDY TRIAL ACT<br><br>Date: July 22, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

STIPULATION

1. By previous order, this matter was set for status on July 22, 2019.

2. By this stipulation, defendants now move to continue the status conference until July 22, 2019 at 9:00 a.m., and to exclude time between May 6, 2019 and July 22, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government produced discovery associated with this case. The discovery thus far consists of over 43,000 pages, that have been provided

-1-

to counsel. In addition, the government has also made physical evidence available for review, which includes several hard drives that were seized during the service of the search warrants.

b. Counsel for the Karen Lee was appointed on January 31, 2019 and has begun her review of the discovery in this case. She is in the process of reviewing that discovery with her client, researching the law and formulating necessary investigation. Counsel for defendants are still reviewing discovery, meeting with respective clients, investigating information and negotiating various possible resolutions in this case.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2019, to July 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 1, 2019  Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Karen Lee

Dated: May 1, 2019  /s/ Michael Hansen
MICHAEL HANSEN
Attorney for Dickson Hung

Dated: May 1, 2017  /s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE